UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 16  P 3: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

Joseph Peter Schmitt, pro se
        Plaintiff,

V.                                          CIVIL ACTION NO._____

Christopher P. LoConto, Esquire         05-10572 PBS
        Defendant

## AFFIDAVIT

I, __Joseph P. Schmitt__, an applicant to proceed in forma pauperis in the above named case, hereby depose and say as follows:

1. Attached hereto is a copy of the records reflecting the current status of my prison account maintained pursuant to the provisions of Massachusetts General Laws, Ch. 128, Sec. 3, and applicable regulations of the Department of Corrections.

2. Of those funds currently maintained in my prison account, the amount of _____ $__NONE__ represents compensation paid to my account for labor performed within the meaning of Massachusetts General Laws, c. 127 sec. 48(a).

Dated: February 8, 2005

_____
Signature of Applicant

Sworn and subscribed to before me this ____ day of _____, 1993.

_____
**NOTARY PUBLIC**

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

FILED IN CLERKS OFFICE.

Date: 20050131 08:55

| | | | |
|---|---|---|---|
| Commit# : | M81137 | | |
| Name : | SCHMITT, JOSEPH, , | Statement From | 20050101 |
| Inst : | MASS. TREATMENT CENTER | To | 20050131 |
| Block : | D2 | | |
| Cell/Bed : | 020 /B | | |

MASS. TREATMENT CENTER
2005 FEB 16  P 3: 20
U.S. DISTRICT COURT
DISTRICT OF MASS

Page: 8

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $14,047.95 | $11,145.56 | $1,757.11 | $1,755.99 |
| 20050104 09:06 | EX - External Disbursement | 3923323 | 96849 | MTC | ~NATIONAL GEOGRAPHIC SOCIETY | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050104 09:06 | MA - Maintenance and Administration | 3923324 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050106 22:30 | CN - Canteen | 3945393 | | MTC | ~Canteen Date : 20050106 | $0.00 | $77.54 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3986034 | | MTC | | $7.55 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3986035 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050113 22:30 | CN - Canteen | 3995886 | | MTC | ~Canteen Date : 20050113 | $0.00 | $50.40 | $0.00 | $0.00 |
| 20050120 22:30 | CN - Canteen | 4022424 | | MTC | ~Canteen Date : 20050120 | $0.00 | $59.73 | $0.00 | $0.00 |
| 20050128 10:46 | EX - External Disbursement | 4054534 | 97401 | MTC | ~MARIE B MCGUIRK, ESQUIRE | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 20050128 10:47 | EX - External Disbursement | 4054538 | 97399 | MTC | ~US PLAYING CARD CO | $0.00 | $22.50 | $0.00 | $0.00 |
| 20050128 10:47 | EX - External Disbursement | 4054541 | 97398 | MTC | ~MYSTERY GUILD | $0.00 | $65.40 | $0.00 | $0.00 |
| | | | | | | $7.55 | $2,300.57 | $0.00 | $0.00 |

Balance as of ending date : Personal $609.37   Savings $1.12

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $609.37 | $1.12 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPOUNDED - CONFIDENTIAL

COMMONWEALTH OF MASSACHUSETTS

<u>U.S. District</u> Court

NO. _____ 05-10572

FILED
IN CLERKS OFFICE
2005 FEB 16  P 3: 20
U.S. DISTRICT COURT
DISTRICT OF MASS.

INFORMATION FOR THE INMATE/APPLICANT: You have requested that the <u>U.S. District</u> Court waive the filing fees and (normal) costs and allow you to proceed as an indigent plaintiff. You are required to provide the court with information about your finances so that the court can determine whether you are unable to pay the fee or to make partial payments. You are required to sign this affidavit form under the penalties of perjury. This includes a statement that no action has been taken to hide assets. The court can dismiss the complaint if it finds that the claim of indigency is untrue. In addition, the court may impose costs on an inmate who intentionally files an affidavit that contains false information or that omits material information. You are also subject to loss of up to 60 days of good time earned or to be earned under G. L. c. 127, § 129C ( for blood donation) or under c. 127, § 129D (for work, education or rehabilitation programs) if the court finds that the affidavit is frivolous and filed in bad faith in order to abuse the judicial process. See G. L. c. 261, § 29.

<u>Joseph P. Schmitt, pro se,</u>          Plaintiff(s)

v.

<u>Christopher P. LoConto       ,</u>       Defendant(s)


INMATE'S AFFIDAVIT OF INDIGENCY AND REQUEST FOR WAIVER OF NORMAL FEES AND COSTS IN COMPLIANCE WITH GENERAL LAWS c. 261, § 29

Pursuant to General Laws c. 261, § 29, the applicant, <u>Joseph P. Schmitt</u>, swears (or affirms) that the following information is true.          (NAME)

SOCIAL SECURITY #: _____

DATE OF BIRTH: _____

INMATE IDENTIFICATION #: <u>M-81137</u>

CORRECTIONAL FACILITY: <u>Mass Treatment Center</u>

ASSETS:

CASH:     ~~###############################~~

MONIES IN BANK ACCOUNTS:

    INMATE CANTEEN ACCOUNT: $550.00 (approximately

    OTHER INSTITUTIONAL ACCOUNT: $1.12 (savings)

    NON-PRISON ACCOUNT(S): None

    REAL ESTATE: None

    OTHER INVESTMENTS: None

    ACCESSIBLE ASSETS OF A SPOUSE: None

INCOME:

    LAST SIX MONTHS' INCOME: None

    INCOME EXPECTED IN NEXT SIX MONTHS: None

LIABILITIES (for example, any debts you owe, including Victim/Witness fees, restitution fees, child support, other court-imposed costs, and costs assessed for incarceration and pre-release programs):

_____

MONTHLY EXPENSES:

    NECESSARY CANTEEN PURCHASES (for example, stamps, envelopes, soap, toothpaste and other toiletries, medications and clothing):

$240.00 per month for food ~~and cosmetics~~ and stationary

    OTHER EXPENSES: _____

I state under penalties of perjury that the statements made in this affidavit are true, that I have not omitted any assets that are available to me to pay filing fees or court costs, that I have not transferred any assets to avoid payment of filing fees and costs, and that I have not taken any action nor has any action been taken on my behalf relative to any assets in order to avoid having such assets used for payment of filing fees and costs.

Signature of applicant: _____

DATE:   February 8, 2005

ALL INFORMATION CONTAINED HEREIN IS CONFIDENTIAL. EXCEPT BY SPECIAL ORDER OF A COURT, IT SHALL NOT BE DISCLOSED TO ANYONE OTHER THAN AUTHORIZED COURT PERSONNEL, PARTIES TO THIS LITIGATION OR THEIR COUNSEL, AND AN AUTHORIZED (IN WRITING) REPRESENTATIVE OF THE APPLICANT.