UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH P. SCHMITT, PRO SE, ) <br> PLAINTIFF, ) <br> ) <br> vs ) C.A. No._____ <br> ) <br> CHRISTOPHER P. LOCONTO, ESQ., ) 05-10572 <br> DEFENDANT ) | |

Referred to New Magistrate Judge

### COMPLAINT

#### Introduction

This is an action for Damages pursuant to 42 U.S.C. § 1983, and Declaratory Judgment pursuant to 28 U.S.C. § 220, broght by the pro se plaintiff Joseph P. Schmitt. Plaintiff alleges that the defendant Christopher P. LoConto has violated his State and Federal Constitutional Rights and in doing so has violated the Massachusetts Rules of Professional Conduct which regulates the practice of law in this state.

#### PARTIES

#### Plaintiff

Joseph P. Schmitt acting pro se for this action is the plaintiff and has the mailing address of 30 Administration Road Bridgewater Massachusetts 02324-3230. Plaintiff is a temporary civil detainee of the Commonwealth pending trial pursuant to M.G.L. c. 123A.

#### Defendant

Christopher P. LoConto is the defendant in this action. Defendant

LoConto is a practicing attorney of the Commonwealth and can be reached at 120 Main Street Worcester Massachusetts 01608-1170. He is being sued in both his professional and individual capacity.

## FACTS

1) Defendant was appointed as counsel for plaintiff in SDP Case out of Worcester Superior Court by C.P.C.S. on or about September 2002;

2) Plaintiff had two checks from a publisher sent to defendant with the defendants knowlege and agreement during or about October 2002. Checks were payable to the plaintiff in the amounts of $100.00 and $30.00;

3) At various times while defendant was actively appointed as plaintiff's counsel, plaintiff mailed a substantial amount of documents to defendant. These documents were not part of the vast amount of documents contained in the case file turned over to the defendant by the Worcester District Attorney's Office;

4) At various times while defendant was actively appointed as plaintiff's counsel, plaintiff sent books to defendant to safe keep;

5) Plaintiff sent defendant a one of a kind photo of his mother, father and step son which was confirmed as received by defendant;

6) On countless occassions via phone conversations, written correspondence and visits plaintiff informed defendant that he required the return of his family photo in which he was told by the defendant that it would be returned to him;

7) On countless occassions plaintiff did request the return of his money. Defendant did, finally forward the sum of $100.00 but the remaining sum of $30.00 still remains unreturned to plaintiff.

Plaintiff informed defendant countless time that the publisher in which the check is payable from has gone out of busness and it was of upmost importance to cash the check before it was absolutely uncashable. Defendant ignored these warning and requests;

8) Plaintiff filed a motion pro se to have defendant removed as counsel in his Worcester Superior SDP Case and another motion for the court to order defendant to return his personal property;

9) Plaintiff filed a complaint against defendant with the Office of the Bar Counsel and has received absolutely no positive action towards the return of his funds, documents, photo, or books;

10) Plaintiff has attempted to contact defendant via phone as a way to avoid having to take legal action to get his property returned but defendant, and or his office personell, refuse to accept calls from plaintiff;

11) Defendant was plaintiff's counsel for approximately two and a half years during which time plaintiff made countless complaints to defendant and C.P.C.S. regarding defendants conduct in hopes of bettering the client attorney relationship which proved to be futile;

## PRAYER

Plaintiff prays this Honorable Court will make a declaratory judgment ruling that defendant, Attorney Christopher P. LoConto has in fact violated the Massachusetts Rules of Professional Conduct by refusing to comply with plaintiff written and verbal requests for the return of his personal property and funds, and in doing so has violated plaintiffs civil rights by causing the plaintiff to be totally unable to work on his defense due to the fact defendant has

documents needed by plaintiff that are not part of the case file produced by the District Attorney's Office.

Plaintiff is unsure of the exact quote from the Massachusetts Rules of Professional Conduct, but he believes under the heading of property there is a section that clearly indicates that defendant is in the wrong by refusing to return plaintiff's personal belongings and funds. Defendant is an attorney of the Massachusetts Bar and as such is obligated to perform his duties in compliance with the Massachusetts Rules of Professional Conduct, and is subject to sanctions if and when he so blatantly violates said rules..

Plaintiff prays this court order defendant to reinburse him the $30.00 with compound interest for the entire time defendant has had the plaintiff's check, which is no beyond cashable due to the defendant's own actions.

Plaintiff prays the court order defendant to immediately return plaintiff's photo of his mother, father and step son, all books and documents mailed to defendant from the plaintiff and/or that are not part of the case file directly provided from the Worcester District Attorney's Office.

Plaintiff further prays that this court issue sanctions against defendant for his unprofession conduct and award plaintiff monetary compensation for damages caused by defendant's actions.

Dated: February 8, 2005

Respectfully submitted,

Joseph P. Schmitt, pro se
Mass Treatment Center
30 Administration Road
Bridgewater, MA. 02324-3230

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**

Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, MA. 02324-3230

**DEFENDANTS**

Christopher P. LoConto, Esquire
120 Main Street
Worcester, MA. 01608-1170

FILED IN CLERKS OFFICE
2005 FEB 16 P 3:20
U.S. DISTRICT COURT
DISTRICT OF MASS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Plymouth
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Worcester
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Pro se

ATTORNEYS (IF KNOWN)

05-10572 PBS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Defendant, former attorney, violating plaintiff's civil rights and Ma. Rules of Proffessional Conduct.

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND** $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY

JUDGE _____   DOCKET NUMBER _____

DATE  February 8, 2005

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 16  P 3: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Schmitt vs LoConto__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

   ___  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___  V.   150, 152, 153.

**05 - 10572 PBS**

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

_____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

                                                YES        NO  X

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST?  (SEE 28 USC §2403)

                                                YES        NO  X

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

                                                YES        NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

                                                YES        NO  X

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

                                                YES  X     NO

   A.  IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

       EASTERN DIVISION           CENTRAL DIVISION  XXX        WESTERN DIVISION

   B.  IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

       EASTERN DIVISION           CENTRAL DIVISION              WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Joseph P. Schmitt__
ADDRESS __30 Administration Road   Bridgewater   02324-3230__
TELEPHONE NO. _____

(Cover sheet local.wpd - 11/27/00)