```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JOSEPH P. SCHMITT, pro se,       )
                                 )
        Plaintiff,               )
                                 )
        v.                       )    C.A. No. 05-10572-PBS
                                 )
CHRISTOPHER P. LOCONTO, ESQ.,    )
                                 )
        Defendant.               )
```

ORDER OF DISMISSAL

In accordance with this Court's order dated August 8, 2005, it is ORDERED that the within action be and it is hereby dismissed for lack of subject matter jurisdiction.

                                     Sarah Allison Thornton
                                     CLERK OF COURT


Date: 8/8/05                    By   s/ Barbara Morse
                                     Deputy Clerk